UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Coril Dybevik, Joe Flaherty, Norma Hauschildt, Darci Kline, Linda Laack, Sythat Pomsyda, and Jose Ybarra, on behalf of themselves and similarly situated individuals, | Civil No. 00-1611 (ADM /SRN) |
| Plaintiffs, | **(REPRESENTATIVE ACTION)** |
| v. | ORDER |
| Quality Pork Processors, Inc., a/k/a/ Quality Pork Processors, Inc. of Texas, | |
| Defendant. | |

---

This matter came before the Court pursuant to Plaintiffs' September 20, 2000, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES, and DECREES that the Consents to Join this lawsuit attached as Exhibit A to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Dated: September 27, 2000.

_____
Susan Richard Nelson
United States Magistrate Judge

FILED **SEP 27 2000**
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____