UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Coril Dybevik, Joe Flaherty,　　　　　　　　　　　Civil No. 00-1611 (ADM /SRN)
Norma Hauschildt, Darci Kline,
Linda Laack, Sythat Pomsyda,
and Jose Ybarra, on behalf of
themselves and similarly
situated individuals,

　　　　　Plaintiffs,　　　　　　　　　　　**PRETRIAL SCHEDULING ORDER**

v.

Quality Pork Processors, Inc.,
a/k/a/ Quality Pork Processors, Inc.
of Texas,

　　　　　Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by July 2, 2001.**

2. Defendant's counsel will provide to plaintiffs' counsel a list of best-known addresses for all present employees and all employees who have worked for defendant for a period of three years prior to the commencement of this lawsuit in electronic form by October 16, 2000.

3. The parties will work together and reach agreement on a form of notice to be submitted to the Court for approval on October 16, 2000.

FILED  SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

4. The defendant will cooperate with the plaintiff in completing time studies to be conducted by the Union for purposes of assessing damages prior to November 16, 2000.

5. The defendant will cooperate with the plaintiff in providing plaintiff with a tour of the defendant's facility and the opportunity to take videotape inside the facility prior to November 16, 2000.

6. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    1. By Plaintiff(s) on or before May 1, 2001.

    2. By Defendant(s) on or before June 1, 2001.

7. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

8. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by March 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 16, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by the parties by September 4, 2001, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial on November 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5-8 days.

Dated:  September 27, 2000.

*Susan Richard Nelson*
Susan Richard Nelson
United States Magistrate Judge