UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty<br>Norma Hauschildt, Darci Kline,<br>Linda Laack, Sythat Pomsyda, and<br>Jose Ybarra, on behalf of themselves<br>and similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Quality Pork Processors, Inc.,<br>a/k/a Quality Pork Processors, Inc.<br>of Texas,<br><br>　　　　　Defendant. | Case No. <u>00-1611 ADM/SRN</u><br><br>(REPRESENTATIVE ACTION)<br><br>~~PROPOSED ORDER~~ |

This matter came before the Court pursuant to Plaintiffs' November 13, 2000, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES and DECREES that the Consents to Join this lawsuit attached as Exhibit A to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 17th day of November, 2000.

　　　　　　　　　　　　　　　　／s／ Susan Richard Nelson
　　　　　　　　　　　　　　　　THE HONORABLE SUSAN R. NELSON
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

FILED  NOV 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____