UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty, Norma Hauschildt, Darci Kline, Linda Laack, Sythat Pomsyda, and Jose Ybarra, on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Quality Pork Processors, Inc., a/k/a Quality Pork Processors, Inc. of Texas,<br><br>Defendant. | Case No. <u>00-1611 ADM/SRN</u><br><br>(REPRESENTATIVE ACTION)<br><br>~~PROPOSED~~ ORDER |

This matter came before the Court pursuant to Plaintiffs' December 29, 2000, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES and DECREES that the Consents to Join this lawsuit attached as Exhibit A to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this _8th_ day of ___January___, 2001.

_Susan Richard Nelson_
THE HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

1

FILED __JAN 0 8 2001__
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty<br>Norma Hauschildt, Darci Kline,<br>Linda Laack, Sythat Pomsyda, and<br>Jose Ybarra, on behalf of themselves<br>and similarly situated individuals,<br><br>    Plaintiffs,<br><br> v.<br>Quality Pork Processors, Inc.,<br>a/k/a Quality Pork Processors, Inc.<br>of Texas,<br><br>    Defendant. | Case No. <u>00-161 ADM/SRN</u><br><br>(REPRESENTATIVE ACTION)<br><br>NOTICE OF FILING OF<br>CONSENTS TO JOIN SUIT<br>AS PARTY PLAINTIFFS |

TO: Quality Pork Processors, Inc. a/k/a Quality Pork Processors, Inc. of Texas, and it's counsel John S. Beckmann; Hovertsten, Johnson, Beckmann, Wellman & Hovey (807 W. Oakland Ave., Austin, MN 55912) and Richard H. Schnadig, Lawrence J. Casazza, James E. Bayles, Jr. (Vedder, Price, Kaufman & Kammholz; 222 North LaSalle St., #2600, Chicago, IL 60601)

 PLEASE TAKE NOTICE, of the filing of written consents by the following individuals to become party plaintiffs in the above-referenced representative action:

1. Charles R. Thompson
2. Daniel J. Vagt

Consents signed by each of the listed individuals are attached hereto as Exhibit A.

Date: December 29, 2000

*/s/ Robert P. Metcalf*

Robert D. Metcalf (MN #72308)
Connie L. Howard (MN #150228)
METCALF, KASPARI, HOWARD,
  ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
612-591-9444

Reuben A. Guttman
Brian P. McCafferty
Charles V. Firth (MN #257825)
Provost & Umphrey Law Firm, LLP
1155 15th Street N.W., Suite 410
Washington, DC 20005
202-466-0900

Michael Hamilton
Lee Anderson
Provost & Umphrey Law Firm, LLP
631 Woodland Street
Nashville, TN 37206
615-242-0199

Jairus M. Gilden
KARMEL & GILDEN
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
312-641-2910

Attorneys for Plaintiffs

-2-

\* \* \* \* \* \* \*

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

CHARLES P. THOMPSON states the following:
[Print name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently or was formerly employed by Quality Pork Processors, Inc., at the facility located in Austin, Minnesota. I worked at this location from 10-11-00 to ~~10-11-00~~ 11-10-00
   (If still working, write "present")

3. I understand that this suit is being brought to recover from my employer compensation for pre- and post-production time activities. I also understand that the lawsuit will seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent, agree, and Opt-In to be a party plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that the named plaintiffs represent my interests in this lawsuit and have the full authority to accept any reasonable settlement offers on my behalf.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information or belief.

11-10-00
Date

_Charles R. Thompson_
SIGNATURE

CHARLES R. THOMPSON
PRINT FULL NAME

\* \* \* \* \* \* \*

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

____Dan Vagt____ states the following:
[Print name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently or was formerly employed by Quality Pork Processors, Inc., at the facility located in Austin, Minnesota. I worked at this location from __7-89__ to __Present__.
(If still working, write "present")

3. I understand that this suit is being brought to recover from my employer compensation for pre- and post-production time activities. I also understand that the lawsuit will seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent, agree, and Opt-In to be a party plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that the named plaintiffs represent my interests in this lawsuit and have the full authority to accept any reasonable settlement offers on my behalf.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information or belief.

__12-6-00__
Date

__Daniel Vagt__
SIGNATURE

__Daniel James Vagt__
PRINT FULL NAME