UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty, Norma Hauschildt, Darci Kline, Linda Laack, Sythat Pomsyda, and Jose Ybarra, on behalf of themselves and similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>Quality Pork Processors, Inc., a/k/a Quality Pork Processors, Inc. of Texas,<br><br>        Defendant. | Case No. <u>00-1611 ADM/SRN</u><br><br>(REPRESENTATIVE ACTION)<br><br>ORDER |

This matter came before the Court pursuant to Plaintiffs' February 7, 2001, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES and DECREES that the Consents to Join this lawsuit attached as Exhibit A to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 9th day of February, 2001.

THE HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

FEB 09 2001
FILED_____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty<br>Norma Hauschildt, Darci Kline,<br>Linda Laack, Sythat Pomsyda, and<br>Jose Ybarra, on behalf of themselves<br>and similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>Quality Pork Processors, Inc.,<br>a/k/a Quality Pork Processors, Inc.<br>of Texas,<br><br>    Defendant. | Case No. **00-161 ADM/SRN**<br><br>(REPRESENTATIVE ACTION)<br><br>NOTICE OF FILING OF<br>CONSENTS TO JOIN SUIT<br>AS PARTY PLAINTIFFS |

TO: Quality Pork Processors, Inc. a/k/a Quality Pork Processors, Inc. of Texas, and it's counsel John S. Beckmann; Hovertsten, Johnson, Beckmann, Wellman & Hovey (807 W. Oakland Ave., Austin, MN 55912) and Richard H. Schnadig, Lawrence J. Casazza, James E. Bayles, Jr. (Vedder, Price, Kaufman & Kammholz; 222 North LaSalle St., #2600, Chicago, IL 60601)

PLEASE TAKE NOTICE, of the filing of written consents by the following individuals to become party plaintiffs in the above-referenced representative action:

 1. Porfirio Ornelas
 2. Jose Carreon

3. Rubi Carreon
4. Ronald Conner
5. Jose Castro
6. Kevin A. Dwire
7. Solomon Garcia
8. Philip Gardner
9. Jose A. Garza
10. Dalton Jeffers
11. LeAnn Jones
12. Hye Kyong Kinkade
13. Tony Ledoux
14. Ray Lopez
15. Jeffrey Alfred Mace
16. Genaro Martinez III
17. Steve Mesch
18. Mark Mincks
19. Edwardo Morales
20. Abel Moreno, Jr.
21. Kenneth Perez
22. Craig R. Sahr
23. Derick J. Scott
24. Brian Shoop
25. Sammy Vasquez
26. Oscar Zamudio

Consents signed by each of the listed individuals are attached hereto as Exhibit A.

Date: February 7, 2001

*[signature]*
Robert D. Metcalf (MN #72308)
Connie L. Howard (MN #150228)
METCALF, KASPARI, HOWARD,
  ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
592-591-9444

-2-

Reuben A. Guttman
Brian P. McCafferty
Charles V. Firth (MN #257825)
Provost & Umphrey Law Firm, LLP
1155 15th Street N.W., Suite 410
Washington, DC 20005
202-466-0900

Michael Hamilton
Lee Anderson
Provost & Umphrey Law Firm, LLP
631 Woodland Street
Nashville, TN 37206
615-242-0199

Jairus M. Gilden
KARMEL & GILDEN
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
312-641-2910

Attorneys for Plaintiffs