UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Coril Dybevik, et al.,<br><br>on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Quality Pork Processors, Inc., a/k/a Quality Pork Processors, Inc. of Texas,<br><br>Defendant. | Civil File No. 00-1611<br>ADM/SRN<br><br>**REPRESENTATIVE ACTION** |

## ORDER

CAME ON TO BE heard Plaintiffs' Notice to File Consents to Join Suit as Party Plaintiff with the Court Pursuant to the Court's September 27, 2000 Pretrial Scheduling Order and the Court, having considered said Notice, is of the opinion that it is well taken.

It is therefore ORDERED, ADJUDGED and DECREED that the Consents to Join this lawsuit attached as Exhibit B to Plaintiffs' Notice to File Consents to Join are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 2nd day of March, 2001.

/s/ Susan Richard Nelson
SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE

FILED MAR - 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D_____
DEPUTY CLERK_____