UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Coril Dybevik, Joe Flaherty, Norma Hauschildt, Darci Kline, Linda Laack, Sythat Pomsyda, and Jose Ybarra, on behalf of themselves and similarly situated individuals,<br><br>　　　　Plaintiffs,<br>v.<br><br>Quality Pork Processors, Inc., a/k/a/ Quality Pork Processors, Inc. of Texas,<br><br>　　　　Defendant. | Civil No. 00-1611 (ADM /SRN)<br><br>NOTICE OF STATUS AND SETTLEMENT CONFERENCE |

---

A status and settlement conference will be held in the above-referenced matter on **April 23, 2001, at 9:30 a.m.**, in Suite 242, Federal Building, 316 South Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson.

Counsel who <u>will actually try the case</u> and <u>each party, armed with full settlement authority,</u> shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. If an insurance company is involved, the responsible agent must be present. This means that each party must attend through a person who has the <u>power</u> to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. Plaintiffs' counsel has agreed to ensure that the Union is present at the settlement conference for purposes of discussing prospective compensation.

Trial counsel shall meet in person with one another on or before **April 9, 2001**, to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney

FILED _____  MAR 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____

shall deliver to chambers on or before **April 16, 2001**, a letter which shall include: (1) the parties' respective settlement positions before the meeting; (2) the parties' respective positions following the meeting; (3) a concise analysis of each remaining liability issue, with citation to relevant authority; (4) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (5) a reasoned analysis justifying their client's last stated settlement position as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

In the event that this matter is not settled at this conference, the Court will conduct a status conference, as contemplated in its Order, "Joint Proposed Amendments to Scheduling Order", dated December 11, 2000, at paragraph 6. The parties are directed to meet and confer and provide the Court with a joint submission addressing a future scheduling order in this matter as well as any outstanding discovery issues no later than **April 16, 2001.**

DATED: March 7, 2001.

_____
SUSAN RICHARD NELSON
United States Magistrate Judge