**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

|  |  |
|---|---|
| Coril Dybevik, Joe Flaherty )<br>Norma Hauschildt, Darci Kline, )<br>Linda Laack, Sythat Pomsyda, and )<br>Jose Ybarra, on behalf of themselves )<br>and similarly situated individuals, )<br> )<br>              Plaintiffs, )<br> )<br>      v. )<br> )<br>Quality Pork Processors, Inc., )<br>a/k/a Quality Pork Processors, Inc. )<br>of Texas, )<br> )<br>              Defendant. )<br> ) | Case No. <u>00-1611 ADM/SRN</u><br><br>(REPRESENTATIVE ACTION)<br><br>ORDER |

This matter came before the Court pursuant to Plaintiffs' March 26, 2001, Notice

of Filing of Consents to Join Suit as Party Plaintiffs.  The Court, having reviewed the

consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES

and DECREES that the Consents to Join this lawsuit attached as Exhibit A to Plaintiffs'

Notice of Filing of Consents are hereby deemed filed with the Court.  The individuals

filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of

Court is Ordered to add their names to the official record in this case.

Signed this 27th day of _____March_____, 2001.


_____
THE HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

1

FILED_____ **MAR 27 2001**
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MAR 2 7 2001

**JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON**

| | |
|---|---|
| Coril Dybevik, Joe Flaherty ) | Case No. <u>00-161 ADM/SRN</u> |
| Norma Hauschildt, Darci Kline, ) | |
| Linda Laack, Sythat Pomsyda, and ) | (REPRESENTATIVE ACTION) |
| Jose Ybarra, on behalf of themselves ) | |
| and similarly situated individuals, ) | |
| ) | NOTICE OF FILING OF |
| Plaintiffs, ) | CONSENTS TO JOIN SUIT |
| ) | AS PARTY PLAINTIFFS |
| v. ) | |
| ) | |
| Quality Pork Processors, Inc., ) | |
| a/k/a Quality Pork Processors, Inc. ) | |
| of Texas, ) | |
| ) | |
| Defendant. ) | |

TO:  Quality Pork Processors, Inc. a/k/a Quality Pork Processors, Inc. of Texas, and it's counsel John S. Beckmann; Hovertsten, Johnson, Beckmann, Wellman & Hovey (807 W. Oakland Ave., Austin, MN 55912) and Richard H. Schnadig, Lawrence J. Casazza, James E. Bayles, Jr. (Vedder, Price, Kaufman & Kammholz; 222 North LaSalle St., #2600, Chicago, IL 60601)

PLEASE TAKE NOTICE, of the filing of written consents by the following

individuals to become party plaintiffs in the above-referenced representative action:

1.  Padro Calvo
2.  Larry D. Hegna, Jr.
3.  Bernardo Hernandez
4.  Jaime Hernandez
5.  Gerardo Pimentel
6.  Bulmaro Vasquez
7.  Jorge Vigil

Consents signed by each of the listed individuals are attached hereto as

Exhibit A.

-1-

Date: March 26, 2001

_Robert D. Metcalf_
Robert D. Metcalf (MN #72308)
Connie L. Howard (MN #150228)
METCALF, KASPARI, HOWARD,
ENGDAHL & LAZARUS, P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1531
592-591-9444

Reuben A. Guttman
Brian McCafferty
Charles V. Firth (MN #257825)
Provost & Umphrey Law Firm, LLP
1155 15th Street N.W., Suite 410
Washington, DC 20005
202-466-0900

Michael Hamilton
Lee Anderson
Provost & Umphrey Law Firm, LLP
631 Woodland Street
Nashville, TN  37206
615-242-0199

Jairus M. Gilden
KARMEL & GILDEN
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
312-641-2910

Attorneys for Plaintiffs