**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| **Coril Dybevik, Joe Flaherty Norma Hauschildt, Darci Kline, Linda Laack, Sythat Pomsyda, and Jose Ybarra, on behalf of themselves and similarly situated individuals,** | **Case No. 00-1611 ADM/SRN** |
| **Plaintiffs,** | **(REPRESENTATIVE ACTION)** |
| **v.** | **ORDER** |
| **Quality Pork Processors, Inc., a/k/a Quality Pork Processors, Inc. of Texas,** | |
| **Defendant.** | |

This matter came before the Court pursuant to Plaintiffs' April 17, 2001, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES and DECREES that the Consents to Join this lawsuit attached as Exhibit B to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 18th day of April, 2001.

Susan Richard Nelson
THE HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE



FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK