## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CORIL DYBEVIK, et al.,     )
                             )     **CIVIL FILE NO. 00-1611**
on behalf of themselves and     )     **ADM/SRN**
similarly situated individuals,     )
                             )     **REPRESENTATIVE ACTION**
        Plaintiffs,     )
                             )
   v.                  )
                             )
QUALITY PORK PROCESSORS, INC.,     )
a/k/a QUALITY PORK PROCESSORS, INC.     )
OF TEXAS,     )
                             )
        Defendant.     )
                             )

## ORDER

CAME ON TO BE heard Plaintiffs' Notice to File Consents to Join Suit as Party Plaintiffs and the Court, having considered said Notice, is of the opinion that it is well taken.

It is therefore ORDERED, ADJUDGED and DECREED that the Consents to Join this lawsuit attached as Exhibit B to Plaintiffs' Notice to File Consents to Join are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 2nd day of _____May_____, 2001.

_____Susan Richard Nelson_____
SUSAN RICHARD NELSON
UNITED STATES MAGISTRATE JUDGE

MAY 0 2 2001
FILED_____
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____