UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE MONTGOMERY/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| Coril Dybevik, Joe Flaherty<br>Norma Hauschildt, Darci Kline,<br>Linda Laack, Sythat Pomsyda, and<br>Jose Ybarra, on behalf of themselves<br>and similarly situated individuals,<br><br>     Plaintiffs,<br><br>v.<br><br>Quality Pork Processors, Inc.,<br>a/k/a Quality Pork Processors, Inc.<br>of Texas,<br><br>     Defendant. | Case No. 00-1611 ADM/SRN<br><br>(REPRESENTATIVE ACTION)<br><br>ORDER |

This matter came before the Court pursuant to Plaintiffs' July 3, 2001, Notice of Filing of Consents to Join Suit as Party Plaintiffs. The Court, having reviewed the consents submitted, and having considered the matter, hereby ORDERS, ADJUDGES and DECREES that the Consents to Join this lawsuit attached as Exhibit B to Plaintiffs' Notice of Filing of Consents are hereby deemed filed with the Court. The individuals filing such Consents shall be considered party Plaintiffs in this lawsuit and the Clerk of Court is Ordered to add their names to the official record in this case.

Signed this 10th day of July, 2001.

THE HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

1