#24864

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00 CV 1611 ADM / SRN Case Title: Dybevik, et al v. Quality Pork Processors, Inc. and Hormel Foods Corp.

**Affidavit of Movant**

I, Joseph G. Schmitt, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David F. Loeffler, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Hormel Foods Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] | MN Attorney License #: 231447 | Date: 8/8/01

**Affidavit of Proposed Admittee**

I, David F. Loeffler, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: David F. Loeffler | Signature: [signature] | Date: 8/8/01

Attorney License Number: Wisconsin State Bar No. 01008044

Law Firm Name & Address: Krukowski & Costello, S.C.
7111 West Edgerton Avenue
Milwaukee, WI 53220

Telephone: (414) 423-1330

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: AUG 13 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

6/99