#24864

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00 CV 1611 ADM/SRN    Case Title: Dybevik, et al v. Quality Pork Processors, Inc. and Hormel Foods Corp.

**Affidavit of Movant**

I, Joseph G. Schmitt, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Thomas P. Krukowski, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Hormel Foods, Corp. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

_____     231447                 8/8/01
Signature                   MN Attorney License #   Date

**Affidavit of Proposed Admittee**

I, Thomas P. Krukowski, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Thomas P. Krukowski     _____     8-8-01
Type/Print Name         Signature           Date

Attorney License Number: Wisconsin State Bar No. 01013222

Law Firm Name & Address: Krukowski & Costello, S.C.
7111 West Edgerton Avenue
Milwaukee, WI 53220

Telephone: (414) 423-1330

Motion Granted: _____
For the Court:    Richard D. Sletten, Clerk

AUG 1 3 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 1 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

6/99