# UNITED STATES DISTRICT COURT
### District of Minnesota
### Clerk's Office, 708 Federal Building,
### 316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: __00 CV 1611__        Case Title: <u>Dybevik, et al v. Quality Pork</u>

**Affidavit of Movant**                              <u>Processors, Inc. and Hormel Foods</u>
                                                      <u>Corp.</u>

I, Joseph G. Schmitt , an active member in good standing of the bar of the U.S. District
Court for the District of Minnesota, request that this Court admit pro hac vice __
Timothy G. Costello an attorney admitted to practice in the __Eastern_____ District
of __Wisconsin_____ , but not admitted to the bar of this court, who will be counsel for
the ( )plaintiff (☒)defendant Hormel Foods Corp. __ in the case(s) listed above. I am aware that
the local rules of this court require that I participate in the presentation of the case(s) listed
above, and that I accept/service of all papers served.

_____        ___231447_____        ___8/8/01___
Signature                          MN Attorney License #        Date

**Affidavit of Proposed Admittee**

I, Timothy G. Costello, am currently a member in good standing of the U.S. District Court
for the __Eastern_____ District of __Wisconsin_____ , but not admitted to the bar of this
court. I understand that if this Court grants me admission pro hac vice, the movant bringing
this motion must participate in the preparation and presentation of the matters listed above,
and must accept service of all papers served.

__Timothy G. Costello__        _____        ___8/10/01___
Type/Print Name                Signature                    Date

Attorney License
Number: __Wisconsin State Bar No. 01005059_____

Law Firm Name & Address: Krukowski & Costello, S.C.
                         7111 West Edgerton Avenue
                         Milwaukee, WI 53220

Telephone: (414) 423-1330

Motion Granted: _____        AUG 2 0 2001
For the Court:      Richard D. Sletten, Clerk        Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the
Clerk of Court before you will be included in the roll of admitted attorneys and receive notices
generated in the above-entitled action.

FILED __AUG 2 0 2001__ 69
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

# Please forward this announcement to the recipient of this fax.



# The United States District Court, District of Minnesota announces two new programs!

## Expedited Trials

–The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

## Courtroom Technology – Phase II

– In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500