IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CORIL DYBEVIK, JOE FLAHERTY, NORMA HAUSCHILDT, DARCI KLINE, LINDA LAACK, SYTHAT POMSYDA, and JOSE YBARRA, on behalf of themselves and similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>QUALITY PORK PROCESSORS, INC., a/k/a QUALITY PORK PROCESSORS, INC. OF TEXAS, and HORMEL FOODS CORPORATION,<br><br>    Defendant. | Case No. 00-1611<br>(ADM/SRN)<br>Judge Montgomery<br><br>Magistrate Judge Nelson |

## ORDER RE CLOSING OPT-IN

CAME ON TO BE heard on Stipulation by and between all parties that the period of time in which individuals may opt-in as parties Plaintiff in this Representative Action be concluded as of October 1, 2001, and this Court having considered said Stipulation is of the opinion that it is well take.

It is therefore ORDERED, ADJUDGED AND DECREED that:

1. No additional individuals shall be joined in this case as opt-in Plaintiffs after the conclusion of business hours on October 1, 2001; and

2. That individual parties Plaintiff to this case shall be limited to those persons who have filed valid written Consents to Join this lawsuit with this Court on or before the conclusion

1

SEP 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of business hours on October 1, 2001.

Signed this 26th day of September, 2001.

*Susan Richard Nelson*
Susan Richard Nelson
U.S. Magistrate Judge

2

**Please forward this announcement to the recipient of this fax.**



# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |